FILED
October 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Gary Vincent, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-410 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Gary Vincent  Case  2:07-cr-410 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    ___   Unsecured bond in the amount of

    ___   Appearance Bond with 10% Deposit

    _X_   Appearance Bond secured by $50,000 in cash

    ___   Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on  10/24/07  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge