KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. Cr.S. 07-410 GEB
                           )
         Plaintiff,        )  **STIPULATION AND [PROPOSED] ORDER**
                           )  **RESETTING STATUS CONFERENCE**
    v.                     )
                           )
                           )
GARY VINCENT,              )
                           )
         Defendant.        )
_____)

    The defendant Gary Vincent, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Anne Pings, hereby stipulate and agree that the status conference currently set for November 30, 2007, be reset to December 14, 2007, at 9:00 a.m.

    It is further stipulated and agreed between the parties that the period of time from November 30, 2007, to and including December 14, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an

1  appropriate exclusion of time within the meaning of Title 18, United
2  States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).
3      The parties in this case have been engaged in settlement
4  negotiations and it appears the matter is close to a resolution.
5  Additional time is necessary to work out the details.
6      Therefore, all parties stipulate that the status conference should
7  be reset to August 11, 2006.

8  November 29, 2007                    /s/ Krista Hart
                                         Attorney for Gary Vincent
9

10
   November 29, 2007                    McGREGOR SCOTT
11                                       United States Attorney

12                                        /s/ Anne Pings
                                         Assistant U.S. Attorney
13                                       (Signed by Krista Hart, per e-mail)

14

15                              **O R D E R**

16

17 **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

18 Dated:   November 29, 2007

19

20                                       _____
                                         GARLAND E. BURRELL, JR.
21                                       United States District Judge

2