KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Defendant
Gary Vincent

**FILED**

MAR 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>GARY VINCENT<br>    a.k.a Miles Haley,<br><br>    Defendant. | No. Cr.S. 07-410 GEB<br><br>**REQUEST TO FILE ALTERNATIVE PRESENTENCE REPORT UNDER SEAL** |

Gary Vincent by and through counsel Krista Hart requests the Court order the attached Alternative Presentence Report prepared by Robert Storey be filed under seal. The Alternative Presentence Report prepared by Robert Storey contains information similar to information in the original presentence report; that is, social security number, income, personal family information, personal health information, etc. For the same reasons a presentence report is filed under seal, Mr. Vincent requests the Alternative Presentence Report be filed under seal.

DATED: March 21, 2008

/s/ Brown
Attorney for Defendant

**It is so ordered.**

DATED: MAR 28 2008

The Honorable Garland E. Burrell, Jr.
United States District Court Judge