KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Defendant
Gary Vincent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | No. Cr.S. 07-410 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION TO** |
| v. ) | **EXONERATE BOND AND** |
| ) | **ORDER** |
| GARY VINCENT ) | |
|     a.k.a Miles Haley, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Gary Vincent, by and through counsel Krista Hart, hereby requests that the Court order the $50,000 bond be exonerated because Mr. Vincent has self-surrendered to serve his 6 month prison sentence at FCI Taft, California on May 16, 2008.

On October 24, 2007, the Honorable Judge Kimberly J. Mueller ordered Mr. Vincent released on a $50,000 bond secured by cash. Mr. Vincent's wife, Augustina Haley, submitted a cashier's check in the amount of $50,000 to the clerk of the court that same day and Mr. Vincent was released.

On March 28, 2008, the Honorable Judge Garland E. Burrell, Jr. sentenced Mr. Vincent to six months in custody. The court further ordered Mr. Vincent to surrender himself to the Bureau of Prisons on May 16, 2008. The BOP designated FCI Taft as the location to which Mr. Vincent should surrender. Yesterday the undersigned called BOP and confirmed Mr. Vincent had surrendered at FCI Taft on May 16th as ordered.

Because he has surrendered for service of his sentence, Mr. Vincent now moves for

1 exoneration of the bond and that the $50,000 cash be reconveyed to his wife, Augustina Haley.

2 DATED: May 23, 2008

        */s/ Krista Hart*
        Attorney for Gary Vincent

## ORDER

IT IS HEREBY ORDERED that the bond securing defendant Gary Vincent's release in the above-captioned case be exonerated and that the $50,000 cash used to secure the bond be reconveyed to Augustina Haley.

DATED: 05/23/08

    /s/ Gregory G. Hollows

    The Honorable Gregory G. Hollows
    U.S. Magistrate Judge

vincent.ord